**Appendix of Exhibits**

**Exhibit #1- U.S. Housing and Urban Development (HUD) Confirmation**

**1 (a)-**   HUD Housing Discrimination Complaint
March 18, 20224

**1 (b)-**   Intervention Request to Parties, including HUD.
November 7, 2025

**Exhibit #2 Case notification from Texas Department of Licensing and Regulation**

**2-**      Lauren Peña Receives Official Correspondence from TDLR by Mail
January 5, 2026

**Exhibit #3- Lease Non-Renewal Communications**

**3 (a)-**   Lease Non-Renewal Notice Issued by Michelle Smith
January 15, 2026

**3 (b)-**   Plaintiff Lauren Peña Requests Lease Renewal to Maintain Housing Stability
January 15, 2026

**3 (c)-**   Michelle Smith Cites Safety Concerns as Basis for Lease Non-Renewal
January 15, 2026

**3 (d)-**   Lauren Peña Reports Lease Renewal Is Necessary to Maintain Family Housing
January 15, 2026

**3 (e)-**   Chris Healy Declines to Provide Policy Guidance and References an Existing Permanent Complaint File
January 15, 2026

**3 (f)-**   Lauren Peña Provides Chris Healy Documentation Showing Retaliation Following TDLR Investigation
January 15, 2026

**Exhibit #4- Plaintiff Unanswered Lease Inquiry**

**4-**      Lauren Peña Inquires About Lease Renewal Without Response
January 9, 2026

**Exhibit #5- Notice to HACA, Chalmers, and Carton Living Regarding ADA Violations and Unsafe Living Conditions**

**5 (a)-**   Lauren Peña Urges Chris Healy to Comply with Federal Law
August 20, 2025

**5 (b)-**   Lauren Peña Urges All Parties to Comply with Federal Law and Reports Additional Safety Concerns
November 19, 2025

**Exhibit #6- Repeated ADA Accommodation Requests and Inquiries**

**6 (a)-**   Michelle Smith Confirms Receipt of ADA Documentation from Medical Providers
August 19, 2025

**6 (b)-**   Lauren Peña Clarifies Repeated Attempts by Medical Providers to Submit Documentation
September 3, 2025

**6 (c)-**   Email Confirmation of Multiple ADA Accommodation Requests
September 3, 2025

**6 (e)-**   Lauren Peña Formally Requests Status of 2022 Accommodation Request
September 3, 2025

**6 (e)-**    Chalmers Employee Acknowledges ADA Accommodation Approval and Apologizes for Delayed Notification

September 3, 2025

## Exhibit #7- Reporting ADA Non-compliance

**7 (a)-**    Lauren Peña Reports Safety Violations and ADA Noncompliance
August 22, 2024

**7 (b)-**    Lauren Peña Reports Elevator Inoperable
November 18, 2025

**7 (c)-**    Lauren Peña Notifies All Parties That Elevator Is Down Again
December 19, 2025

**7 (d)-**    Lauren Peña Notifies HUD Investigator That Elevator Is Down Again
August 15, 2025

## Exhibit #8- Ongoing Safety Concerns Updates

**8 (a)-**    Lauren Peña Notice to All Parties Regarding Safety Concerns
November 19, 2025

**8 (b)-**    Lauren Peña Notifies Michelle Smith of New Safety Concerns
August 18, 2025

**8 (c)-**    Lauren Peña Notifies All Parties of New Safety Concerns
November 7, 2025

## Exhibit #9- HUD Ongoing Violations Communications

**9 (a)-**    Lauren Peña Submits Summary of Facts to HUD Investigator
August 17, 2025

**9 (b)-**    Lauren Peña Submits Summary of Facts to HUD Investigator
August 17, 2025

**9 (c)-**    Lauren Peña Provides Notice of HUD Violations and Requests Intervention from All Parties
November 7, 2025

## Exhibit #10- Chalmers/Carton Living Management Corporate Escalation

**10 (a)-**  Lauren Peña Agrees to Phone Call with Sharon Carpenter at Carpenter's Request
March 18, 20224

**10 (b)-**  Michelle Smith Transmits Lauren Peña's Safety and ADA Concerns to Sharon Carpenter
November 7, 2025

**10 (c)-**  Lauren Peña Issues Demand for Compliance with Federal Law
March 18, 20224

**10 (d)-**  Lauren Peña Issues Notice to All Parties Requiring Compliance with Federal Law
March 18, 20224

**10 (e)-**  Lauren Peña Notifies All Parties of Their Responsibilities Under Federal Law
March 18, 20224