# Exhibit #1- HUD Confirmation

Exhibit #1(a)

|

100 day letter from HUD.pdf

Lauren Pena Complaint Report signed.pdf



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
Fort Worth Regional Office, Region VI
Office of Fair Housing & Equal Opportunity (6AE)
307 W. 7th Street, Suite 1000
Fort Worth, TX 76102
Phone 1-888-560-8913 - Fax (202) 485-9115
www.hud.gov

March 18, 2024

Lauren Pena
c/o Kelli Howard, Attorney at Law
Texas RioGrande Legal Aid, Inc.
4920 N IH-35
Austin, TX 78751

Dear Lauren Pena:

SUBJECT:   Housing Discrimination Complaint

Enclosed is a copy of your fair housing discrimination complaint for your signature. Please return it to this office to finalize the filing of your housing discrimination complaint. Please review, sign and date the Housing Discrimination Complaint form and return it to this office no later than **March 28, 2024**, or you can fax the signed document to us at (817) 978-5876.

**If you wish to make any corrections to paragraph eight (8) (allegations) please contact us and we will make the necessary changes. Please do not write any comments on the form.** Please be advised that paragraph eight (8) is a brief synopsis of your allegations, the Investigator assigned to your case will go into further detail of your allegations during the investigative process.

If this office does not receive your complaint back within the requested timeframe, it will be administratively closed. If your complaint is administratively closed it can be reopened. By law you have **one (1) year** from the date of the alleged discrimination to pursue the filing of a fair housing complaint.

If you have any questions, please do not hesitate to contact **Nekesha Phoenix at 210-208-5111** or **1-888-560-8913**. If you are hearing impaired, you may call 1-800-735-2989.

Sincerely,

*Nekesha Phoenix, for*

Calvin M. Hooper
Intake Branch Chief, Region VI

9

Exhibit # 1 (c)



**From:** Lauren Peña lauren.pena45@gmail.com
**Subject:** Lauren Pena v. Housing Authority of the City of Austin, et al. (HUD Case #06-24-7342-8)
**Date:** November 7, 2025 at 10:35 AM
**To:** Christina.Lewis@hud.gov, hpdadmin@austintexas.gov

Please review my forwarded message as some recipients email instructed me to reach out to you:

> Begin forwarded message:
>
> **From:** Lauren Peña <lauren.pena45@gmail.com>
> **Subject: Lauren Pena v. Housing Authority of the City of Austin, et al. (HUD Case #06-24-7342-8)**
> **Date:** November 7, 2025 at 10:31:53 AM CST
> **To:** "Anderson-Richards, Danita E" <Danita.E.Anderson-Richards@hud.gov>
> **Cc:** SCarpenter@carletonms.com, William.BowmanJr@hud.gov, Danielle.N.Barnes@hud.gov, kathryn.stewart@tdlr.texas.gov, alicia.delrio@house.texas.gov, michaelg@hacanet.org, lulu.flores@house.texas.gov, kirk.watson@austintexas.gov, sylviab@hacanet.org, ronk@hacanet.org, sarah.eckhardt@senate.texas.gov, chrish@hacanet.org, tia.stevens@austintexas.gov, HousingComplaint@twc.state.tx.us, fairhousing@usdoj.gov, fairhousing@hud.gov, board.info@tdhca.state.tx.us
>
> Hello,
>
> I'm reaching out because my family and I are not safe. We continue to live in hazardous and unsanitary conditions under the Housing Authority of the City of Austin (HACA) at Chalmers Courts South–Carlton Living. Two of my neighbors are active drug users, and throughout the day and night, homeless individuals enter and exit the adjacent apartments. They leave behind trash, used needles, and cigarettes, often within reach of the many children who live here. They bang on my door at night, exacerbating my disability, PTSD as a survivor of human trafficking.
>
> The property management company has shown no concern or action to address these ongoing issues. Every safe and accessible housing option I have found that can accommodate my child and my disabilities requires approximately $5,000 to move in, which is beyond our current means. As you may recall, the elevator is frequently out of service, leaving residents in wheelchairs trapped on upper floors, most recently for five consecutive weeks. During these times, my daughter, who has a serious medical condition, is unable to leave our home.
>
> Please stop the ongoing discrimination, ADA violations, and Fair Housing Act violations against my family. I am requesting immediate federal intervention and enforcement to ensure our safety and to uphold our civil rights under the Americans with Disabilities Act and the Fair Housing Act.
>
> Attached is Google Drive footage from today at approximately 10:00 a.m., documenting these conditions. If you would like me to upload additional videos from the past three years, I am prepared to do so, though many of your offices already possess this documentation. These issues are not isolated incidents; they represent a constant and ongoing state of neglect at this property. Management and maintenance have repeatedly failed to act. Recently, there has been an overwhelming presence of urine throughout the premises, including inside the elevator. The security gates provide no protection, as multiple drug dealers, at least three (3) residing in my building, and their associates freely distribute the gate codes to clients and friends, allowing unrestricted access to the property.
>
> I respectfully ask for an immediate intervention and assistance to protect my family and other residents from these ongoing violations.
>
> > Footage of ongoing safety hazards at Chalmers South - Google Drive
> > drive.google.com
>
> Sincerely,
>
> Lauren B. Peña
> Paralegal, Section-8 Recipient, Candidate for U.S. Congress CD-37 Texas
> 1638 E. 2nd Street #401 Austin, Texas 78702
> 512-318-1700