# Exhibit #2- TDLR Confirmation

Exhibit #2



# TEXAS DEPARTMENT OF LICENSING & REGULATION
Enforcement Division • PO Box 12157 • Austin, Texas 78711 • (512) 539-5600
www.tdlr.texas.gov

January 5, 2026

LAUREN PENA
1638 E 2ND ST APT 401
AUSTIN  TX 78702-4592

Re: Periodic Update Notification on case number:
**ELE20250017572**

Dear Lauren Pena:

This letter is to inform you of the status of case number ELE20250017572.

**STATUS:** This case is open and under review by law clerk Andrew Lisenby.

The Department will continue to notify you periodically regarding the status of the case until it has been resolved.

Please contact us if you have any questions or concerns.

Sincerely,

Andrew Lisenby
Law Clerk

*Austin Headquarters: E.O. Thompson State Office Building • 920 Colorado • Austin, Texas 78701*

12

# Exhibit #3- Notice of Lease Non-Renewal

13