Exhibit #3 (a)

# ADVANCE NOTICE OF LEASE TERMINATION AT END OF LEASE TERM OR RENEWAL PERIOD

Date: 1/15/26

Lauren Pena
Aerielle Pena
Gabrielle Pena
Isabella Moran
Oscar Pena and all other
Occupants
(Names of all residents)

638 East 2ND Street #401
(Street address and dwelling unit number, if applicable)

Austin, TX 78702
(City, State, Zip)

Dear Resident(s):

Re: Notice to vacate at end of lease term or renewal period

TAA Lease Contract signed 1/14/25 between residents named above, and Pathways at Chalmers Court South (owner)

. We do not want your lease term to automatically renew 3/31/2026

Your current TAA Lease Contract ends on 1/31/2026. We do not want your lease term to automatically renew month-to-month. According to the advance notice provision of your lease, we are writing this letter to give you sufficient notice that your lease will not automatically renew. We request that you move out and return possession of your dwelling unit to us on 3/31/2026. Please consider this letter as lawful notice to vacate on that date.

Michelle Smith
Signature of owner's representative

1/15/26
Date notice was given by the method checked below

The notice was: (check at least one)

☐ hand delivered to any one of the residents named above;

☐ hand delivered to any person 16 or older residing in the dwelling;

☐ posted on the inside of the dwelling's main entry door (not the screen door)

☒ delivered as follows: via email

☐ sent by first class mail;
☐ sent by certified mail.
☐ return receipt requested; or
☐ sent by registered mail.

14

**From:** Lauren Peña <lauren.pena45@gmail.com>
**Sent:** Thursday, January 15, 2026 3:18 PM
**To:** Michelle Smith <msmith@carletonms.com>
**Cc:** Chris Heale <chrish@hacanet.org>
**Subject:** Lease Status Update Request – Time Sensitive

> EXTERNAL EMAIL - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Hello,

My current lease expires in approximately two weeks, and I need an update on the status of my lease. Is there any automatic renewal provision that will apply and if so I would like a copy of that policy?

If not I am requesting that the lease be sent via DocuSign or another electronic format for review and execution or at the HACA office.

Given the limited timeframe, I would appreciate a prompt written response.

Thank you,

Lauren B. Peña
Chalmers South, 401
(512) 318-1700
Lauren.pena45@gmail.com

---

ADVANCE NOTICE OF LE[ASE]

Names of all residents:
Lauren
Merielle
Gabrielle
Isabella
Oscar Pn

Occupant
(Street address and dwelling #)
638 East
Austin, TX

Dear Resident(s):

Your current TAA Leas[e]
month-to-month. Acco[rding]
not automatically renew
Please consider this let[ter]

This notice was given by the m[...]
1/15/26

The notice was: (check
☐ hand delivered to
  residents named a[bove]
☐ hand delivered to
  older residing in th[e]

15

Exhibit #3(c)



**From:** Michelle Smith msmith@carletonms.com
**Subject:** Re: Lease Status Update Request – Time Sensitive
**Date:** January 15, 2026 at 4:15 PM
**To:** Lauren Peña lauren.pena45@gmail.com, Chris Heale chrish@hacanet.org

Greetings,

My understanding from the last communication you were trying to secure another place of residence outside of Chalmers. We understand that you have expressed that you are not happy here and or not feel safe. See attached end of lease term notice noting to return possession at the end of March. @Chris Heale please let me know if we need to do something on my end to help Ms Pena with this process.

Thanks,

**MICHELLE SMITH**
**Area Manager - Austin**
**Carleton Living**
3301 Airport Freeway, Suite 210
Bedford, Texas 76021
Phone: 817.532.3155 | Direct: 817.532.4071 | Fax: 817.532.3158

  





The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

16

Exhibit #3 (D)



**From:** Lauren B. Peña lauren.pena45@gmail.com
**Subject:** Re: Lease Status Update Request – Time Sensitive
**Date:** January 15, 2026 at 4:31 PM
**To:** Michelle Smith msmith@carletonms.com
**Cc:** Chris Heale chrish@hacanet.org

Michelle,

You are correct, we are not happy or safe. However, Austin is in the middle of a housing crisis. There are no available properties for us. Therefore, the lease must be signed again.

Lauren Brielle Peña
512-318-1700
Lauren.pena45@gmail.com

> On Jan 15, 2026, at 4:15 PM, Michelle Smith <msmith@carletonms.com> wrote:
>
> Greetings,
>
> My understanding from the last communication you were trying to secure another place of residence outside of Chalmers. We understand that you have expressed that you are not happy here and or not feel safe. See attached end of lease term notice noting to return possession at the end of March. @Chris Heale please let me know if we need to do something on my end to help Ms Pena with this process.
>
> Thanks,
>
> **MICHELLE SMITH**
> **Area Manager - Austin**
> **Carleton Living**
> 3301 Airport Freeway, Suite 210
> Bedford, Texas 76021
> Phone: 817.532.3155 | Direct: 817.532.4071 | Fax: 817.532.3158



17

From: Lauren B. Peña lauren.pena45@gmail.com
Subject: Re: TDLR
Date: January 15, 2026 at 4:37 PM
To: Chris Heale chrish@hacanet.org



That message she just sent is clear retaliation. Please explain what HACAs policy is to prevent my family from being throw out on the street in this circumstance.

Lauren Brielle Peña

512-318-1700
Lauren.pena45@gmail.com

> On Jan 15, 2026, at 4:03 PM, Chris Heale <chrish@hacanet.org> wrote:
>
> Hey Lauren,
>
> I have added it to your folder with all of the other documents I have been trying to put into the permanent folder for you.
>
> If you give notice or are given notice or you all agree to end the lease contract, we will just need another annual packet completed and sent back to us with a bank statement. Unless anything has changed income wise? We should only need a packet and a bank statement. I wanted to let you know ahead of time and send you a packet ahead of time to have. That way, if you are able to get an end date with them, I can issue you moving paperwork right away once we get a copy of the notice, completed packet, and recent bank statement. But because the last packet we had you fill out was in September, we would need a new one filled out and an updated bank statement to issue move documents.
>
> I will attach a blank packet for you to have just in case.
>
> Thank you,
>
> **Chris Heale II**
> Housing Eligibility Specialist II
> Housing Choice Voucher Program
> Housing Authority of the City of Austin
> 1124 S IH 35, Austin, TX 78704
> Office: 512-767-7639
> Fax: 512-494-0686
> Email: chrish@hacanet.org
> Web: www.hacanet.org
>
> ---
>
> **From:** Lauren Peña <lauren.pena45@gmail.com>
> **Sent:** Thursday, January 15, 2026 3:47 PM
> **To:** Chris Heale <chrish@hacanet.org>
> **Subject:** TDLR
>
> CAUTION: This email originated from outside of HACA. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Chris,

Shortly before Christmas, investigators visited the property at my request. Management was aware and subsequently questioned other residents. Since then, management has not responded to me regarding my lease. I also received notice yesterday that a related regulatory case remains open.

Given the timing, I wanted to flag this for awareness and documentation in case the lack of response is retaliatory.



Thank you,

Lauren B. Peña
(512) 318-1700
Lauren.pena45@gmail.com

CONFIDENTIALITY NOTICE: This email is for the use of the intended recipient(s) only and may contain confidential information. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email.

**Annual Recert Packet.pdf**
1.9 MB

19