# Exhibit #4- Plaintiff Lease Inquiry (No Response)

20

Exhibit #4



**From:** Lauren Peña lauren.pena45@gmail.com
**Subject:** 2026 Lease
**Date:** January 9, 2026 at 10:55 AM
**To:** Michelle Smith msmith@carletonms.com, Chris Heale chrish@hacanet.org

Hello,

I am reaching out for an update on my lease. I assume I need to sign a new one soon, if I find housing that accommodates my family during the lease will I be able to give a 30 day notice to move out?

Thank you,

Lauren B. Peña
Chalmers South, 401
(512) 318-1700
Lauren.pena45@gmail.com

21