# Exhibit #6- Confirmation of Repeated ADA Accommodation Request

25

**From:** Lauren B. Peña lauren.pena45@gmail.com
**Subject:** Re: Reasonable Accommodation Forms
**Date:** August 19, 2025 at 9:39 AM
**To:** Michelle Smith msmith@carletonms.com




Exhibit 6(a)

Lauren Brielle Peña

512-318-1700
Lauren.pena45@gmail.com

On Aug 19, 2025, at 9:37 AM, Lauren B. Peña <lauren.pena45@gmail.com> wrote:

Michelle,

I have walked over here now. They informed me that this request is a violation of HIPPA and they can not email any patient information. I having them print it and I'm being you a copy.

Thank you,

Lauren Brielle Peña
512-318-1700
Lauren.pena45@gmail.com

On Aug 19, 2025, at 9:21 AM, Michelle Smith <msmith@carletonms.com> wrote:

Good Morning Ms Pena,

I wanted to let you know that we did receive your reasonable accommodation forms back from your medical provider via fax yesterday. However, the documents were not legible. We did reach out to your medical provider to resend them via email. The next steps are to send those documents once receive to our compliance team for approval.

Let me know if you have any questions. Thank you for your patience!

**MICHELLE SMITH**
**General Manager**
**Pathways at Chalmers**
1600 East 3rd Street
Austin, TX 78702
Phone: 737.204.4848 I Fax: 512.201.8802
chalmerscourtswest.com



26

**From:** Terry White twhite@carletonms.com
**Subject:** RE: Elevator is Broken Again
**Date:** August 18, 2025 at 11:21 AM
**To:** Lauren B. Peña lauren.pena45@gmail.com

Hello Ms. Pena! I was able to get in contact with the community care clinic. They said they will FAX the documents to the number I just provided to them over the phone.

**TERRY WHITE**
**Assistant Manager**
**Pathways At Chalmers**

1600 East 3rd Street,
Austin, Texas 78702
Phone: 737.237.3003 I Fax: 512.482.8010
Chalmerscourtssouth.com

   





The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

**From:** Lauren B. Peña <lauren.pena45@gmail.com>
**Sent:** Monday, August 18, 2025 10:42 AM
**To:** Terry White <twhite@carletonms.com>
**Subject:** Re: <External Message> Elevator is Broken Again

Dear Terry,

The paperwork was **faxed to your office last Friday, I stopped by twice right after**. If there are issues on your end, that is not my responsibility. The office is located directly on the property, so there is no excuse for this delay.

Continued interference with matters that affect the **safety and welfare of me and my family** will not be tolerated.

I expect you to fulfill your duties and address this situation without further delay.

Lauren Brielle Peña
512-318-1700



The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

**From:** Michelle Smith <msmith@carletonms.com>
**Sent:** Monday, August 18, 2025 9:58 AM
**To:** Lauren B. Peña <lauren.pena45@gmail.com>; Chris Heale <chrish@hacanet.org>; alicia.delrio@house.texas.gov; William Bowman Jr <William.BowmanJr@hud.gov>
**Cc:** Terry White <twhite@carletonms.com>; Ruby Suarez <RSuarez@carletonms.com>
**Subject:** Re: <External Message> Elevator is Broken Again

Good Morning Ms Pena,

Terry will reach out to you directly regarding your <u>most recent reasonable accommodation request</u> on 8/08/25 as we discussed. I hope you have a great Monday!

Thanks,

**MICHELLE SMITH**
**General Manager**
**Pathways at Chalmers**
1600 East 3rd Street
Austin, TX 78702
Phone: 737.204.4848 | Fax: 512.201.8802
chalmerscourtswest.com
<image001.png>

<image002.png>

<image003.png>

<image004.png>

<image005.jpg>

The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

---

**From:** Lauren B. Peña <lauren.pena45@gmail.com>
**Sent:** Monday, August 18, 2025 8:36 AM
**To:** Ruby Suarez <RSuarez@carletonms.com>
**Cc:** William Bowman Jr <William.BowmanJr@hud.gov>; Michelle Smith <msmith@carletonms.com>; Terry White <twhite@carletonms.com>; Chris Heale <chrish@hacanet.org>; alicia.delrio@house.texas.gov <alicia.delrio@house.texas.gov>
**Subject:** Re: <External Message> Elevator is Broken Again

Hello,

I appreciate your information, in the past I have always received an email response back in the weekend.

Can you please confirm the status of my ADA request <u>that was submitted in 2022,</u> to which you have received the documents you requested?

Thank you,

Lauren Brielle Peña
512-318-1700
Lauren.pena45@gmail.com

> On Aug 18, 2025, at 8:27 AM, Ruby Suarez <RSuarez@carletonms.com> wrote:
>
> Good Morning Ms.Pena,
>
> Thank you for informing us of this issue,

29

3. Voucher Coordination- Whether you need anything additional from my case worker beyond the standard approval letter confirming my son's addition to the voucher. If so, please specify exactly what is needed in writing.

4. Scheduling- The earliest available appointment with Terry White to finalize the household addition, noting that the identity documents have already been produced.

I appreciate your attention to these items and your assistance in ensuring timely, lawful implementation of the approved accommodation and household update. Please respond with the requested confirmations and the next available appointment times.

Thank you.

Lauren B. Peña

On Sep 3, 2025, at 5:16 PM, Ruby Suarez <rsuarez@carletonms.com> wrote:

Good Evening,

My apologies for not updating sooner, your reasonable accommodation has been received and approved by our compliance team. Your information is on the waitlist for the next available first floor 4 bedroom unit at Pathways at Chalmers Courts South, and we will reach out once a unit becomes available that meets your reasonable accommodation requirements.

In regard to adding your son to your lease, please reach out to Terry White to schedule an appointment for adding a household member. Please make sure to have also reached out to your case worker and add him to your voucher. Adding your son does require a screening to be done and an approval letter from your case worker that he was added to your voucher. He will need to bring his ID, SS card, and proof of income to the appointment.

Please let me know if you have any additional questions,

Thank you!

**RUBY SUAREZ**
**Community Manager**
**Pathways at Chalmers**
1600 East 3rd Street
Austin, TX 78702
Phone: 737.204.4848 I Fax: 512.482.8010
chalmerscourtswest.com







30