# Exhibit #7- Reporting ADA Failure

31

Exhibit #4 (A)

**From:** Lauren Peña lauren.pena45@gmail.com
**Subject:** *Urgent* Request for Accommodation
**Date:** August 22, 2024 at 12:43 PM
**To:** Arthur Trollo arthur@trollolawfirm.com, Chris Heale chrish@hacanet.org
**Bcc:** cheyanne.atchley@gmail.com, lauren.pena45@gmail.com, oscarjpena111@pm.me

Hello,

I hope this message finds you well. I am writing to formally address a serious issue concerning the living conditions at Chalmers South, which has become increasingly hazardous for my family and other residents, particularly the elderly and disabled individuals in the community.

For the past three weeks, the elevator in our building has been out of service. As a resident with asthma living on the 4th floor—equivalent to 8 flights of stairs—this situation has significantly impacted my ability to manage daily activities, including feeding my children. The excessive heat, which has consistently been over 100 degrees outside, exacerbates the challenges posed by the non-functional elevator.

Of particular concern is the well-being of my daughter, who suffers from rheumatoid arthritis and has been unable to leave our apartment for the entire duration of this outage. As a mother homeschooling four children, the situation has made it incredibly difficult to maintain a regular grocery routine. I now find myself purchasing food on a daily basis instead of our usual bi-weekly trips, resulting in an increased financial burden and additional health concerns for my family.

Moreover, I was informed two years ago that I was at the top of the list for a 4-bedroom unit on the first floor of the new building, a request I have reiterated multiple times, including an application submitted over a month ago. Despite being advised that a 4-bedroom unit on the first floor at Chalmers West was available, I have yet to receive any communication or updates on this matter.

I would like to emphasize the broader impact of this situation on the community, particularly the elderly and disabled residents who reside on the second, third, and fourth floors. Many of them are currently unable to obtain food or safely leave their apartments.

Given the urgency and the potential health risks involved, I respectfully request immediate action to address the elevator issue and to expedite my transfer to a first-floor unit as previously discussed. I trust that you understand the gravity of the situation and will prioritize these concerns accordingly.

Thank you for your prompt attention to this matter. I look forward to your swift response.

Sincerely,

32

EXMBiT # 7(B)



**From:** **Lauren B. Peña** lauren.pena45@gmail.com
**Subject:** Elevator broken
**Date:** November 18, 2025 at 7:15 AM
**To:** Michelle Smith msmith@carletonms.com

Hello, The elevator is not working again

Lauren Brielle Peña
512-318-1700
Lauren.pena45@gmail.com

33

Exhibit # 1 (c)

**From:** **Lauren Peña** lauren.pena45@gmail.com
**Subject:** Urgent Accessibility and Safety Complaint – Chalmers South Apartments
**Date:** December 19, 2025 at 11:49 AM
**To:** ken.paxton@aog.texas.gov
**Bcc:** Chris Heale chrish@hacanet.org, michaelg@hacanet.org, SCarpenter@carletonms.com, William.BowmanJr@hud.gov, Danielle.N.Barnes@hud.gov, kathryn.stewart@tdlr.texas.gov, alicia.delrio@house.texas.gov, lulu.flores@house.texas.gov, kirk.watson@austintexas.gov, sylviab@hacanet.org, ronk@hacanet.org, sarah.eckhardt@senate.texas.gov, tia.stevens@austintexas.gov, HousingComplaint@twc.state.tx.us, fairhousing@usdoj.gov, fairhousing@hud.gov, board.info@tdhca.state.tx.us

Hello,

I am writing to formally report (again) an ongoing and serious accessibility failure at Chalmers South Apartments, a property that houses numerous residents with disabilities who receive Section 8 housing assistance.

The building's elevator has been non-operational since December 8. As of today, it has not been restored to service. This prolonged outage has effectively trapped residents with mobility impairments, including individuals who use wheelchairs and residents with other ambulatory limitations, inside their units. Many are unable to leave their homes to obtain groceries, attend medical appointments, access essential services, or evacuate safely in the event of an emergency. My daughter is being personally harmed by this as she has a disability.

This situation raises significant concerns under federal disability access requirements, including the Fair Housing Act and the Americans with Disabilities Act, as well as basic health and safety standards applicable to federally assisted housing. Management has been made aware of the issue, yet the failure persists without adequate accommodation, contingency planning, or timely remediation.

I respectfully request immediate intervention, enforcement action, and written confirmation of steps being taken to restore accessibility and protect the health and safety of disabled residents at this property.

Please advise as to how this matter will be addressed and the expected timeline for resolution.

Thank you for your prompt attention to this urgent issue.

Sincerely,

Lauren B. Peña
Candidate for U.S. Congress

34

Exhibit # 7 (D)

William Bowman Portfolio Manager
Department of Housing & Urban Development
615 East Houston Steet
San Antonio Texas, 78205
Phone: 210-475-6834
Email: William.bowmanjr@hud.gov
Work Hours: 6:00am-2:30pm

**Always Include TX#, PHA Name, Topic On Subject Line For EMAILS**

**From:** Lauren B. Peña <lauren.pena45@gmail.com>
**Sent:** Friday, August 15, 2025 5:34 PM
**To:** Michelle Smith <msmith@carletonms.com>; Ruby Suarez <RSuarez@carletonms.com>; Terry White <twhite@carletonms.com>; Chris Heale <chrish@hacanet.org>
**Cc:** alicia.delrio@house.texas.gov
**Subject:** <External Message> Elevator is Broken Again

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you have concerns about the content of the email, please send it to phishing@hud.gov or click the Report Phishing Button on the Outlook ribbon or Phishing option within OWA.

Hello,

The elevator is broken again — it was working just a couple of hours ago. With students in school and parents at work, it is difficult to believe this is due to "vandalism" as you claim.

This situation is unacceptable. There are residents in wheelchairs on the upper floors, and both my daughter and I have disabilities. You have already received the fax from my physician with the information you requested.

Additionally, the apartment downstairs is vacant, yet no reasonable accommodation has been made.

Please resolve this issue immediately and stop prolonging unnecessary hardship for your residents.

Lauren Brielle Peña
Chalmers South, 401

35