# Exhibit #8- Ongoing Safety Concerns

36

Exhibit 8(A)

**From:** Lauren Peña lauren.pena45@gmail.com
**Subject:** Notice of Security Failures and Ongoing Criminal Activity
**Date:** November 19, 2025 at 11:08 AM
**To:** Michelle Smith msmith@carletonms.com
**Bcc:** Chris Heale chrish@hacanet.org, michaelg@hacanet.org, SCarpenter@carletonms.com, William.BowmanJr@hud.gov, Danielle.N.Barnes@hud.gov, kathryn.stewart@tdlr.texas.gov, alicia.delrio@house.texas.gov, michaelg@hacanet.org, lulu.flores@house.texas.gov, kirk.watson@austintexas.gov, sylviab@hacanet.org, ronk@hacanet.org, sarah.eckhardt@senate.texas.gov, chrish@hacanet.org, tia.stevens@austintexas.gov, HousingComplaint@twc.state.tx.us, fairhousing@usdoj.gov, fairhousing@hud.gov, board.info@tdhca.state.tx.us



Michelle,

This morning I had multiple homeless individuals knocking on my door seeking drugs. This is directly connected to the ongoing criminal activity involving my neighbors in units 405 and 407, who are selling and using drugs with these individuals. The situation has deteriorated to the point that the resident in 405 was passed out in the hallway in front of the unit at 5 p.m. yesterday. My children should not have to witness this.

Additionally, over the past month, the fire alarms have gone off around 3 a.m. These were false alarms. During the most recent incident on Sunday night, I personally observed a homeless individual running out of the closet in the hallway and then off the property during the alarm. That electrical room, located across from unit 403 and containing the internet and communications wiring, has been broken into repeatedly and homeless individuals are sleeping there at night.

This is an extremely difficult situation for me and my family. We are seeking the safe and habitable housing that the law guarantees, but there is nowhere else for us to move at this time. We are essentially trapped in an unhealthy and unsafe living environment with no reasonable alternative.

I am requesting immediate action. The gates remain broken, and the lack of security is creating a dangerous environment for my family. I homeschool my children due to our disabilities, and this constant criminal activity directly affects our safety and well-being.

As a Section 8 recipient with documented disabilities, these conditions violate my rights under the Fair Housing Act (42 U.S.C. 3604(f)), Section 504 of the Rehabilitation Act (29 U.S.C. 794), and the ADA. These laws require federally funded housing providers to maintain safe, habitable conditions and to take reasonable steps to ensure tenants with disabilities are not exposed to discriminatory or dangerous environments.

Please repair the gates, secure the building, and take prompt action to stop the drug activity and unauthorized entry occurring within the property.


Thank you,

Lauren B. Peña
Chalmers South 401, Section-8 Recipient
Lauren.pena45@gmail.com

37

Exhibit 8 (B)

From: **Lauren B. Peña** lauren.pena45@gmail.com
Subject: homeless camping at dog park
Date: September 18, 2025 at 4:03 PM
To: Michelle Smith msmith@carletonms.com, Ruby Suarez RSuarez@carletonms.com, Terry White twhite@carletonms.com



There are homeless in dog park right now. The gate is broken.

Lauren Brielle Peña
512-318-1700
Lauren.pena45@gmail.com

> On Sep 17, 2025, at 9:03 AM, Lauren B. Peña <lauren.pena45@gmail.com> wrote:

38

Exhibit 8 (c)

**From:** Lauren Peña lauren.pena45@gmail.com
**Subject:** Lauren Pena v. Housing Authority of the City of Austin, et al. (HUD Case #06-24-7342-8)
**Date:** November 7, 2025 at 10:35 AM
**To:** Christina.Lewis@hud.gov, hpdadmin@austintexas.gov

Please review my forwarded message as some recipients email instructed me to reach out to you:

Begin forwarded message:

**From:** Lauren Peña <lauren.pena45@gmail.com>
**Subject:** Lauren Pena v. Housing Authority of the City of Austin, et al. (HUD Case #06-24-7342-8)
**Date:** November 7, 2025 at 10:31:53 AM CST
**To:** "Anderson-Richards, Danita E" <Danita.E.Anderson-Richards@hud.gov>
**Cc:** SCarpenter@carletonms.com, William.BowmanJr@hud.gov, Danielle.N.Barnes@hud.gov, kathryn.stewart@tdlr.texas.gov, alicia.delrio@house.texas.gov, michaelg@hacanet.org, lulu.flores@house.texas.gov, kirk.watson@austintexas.gov, sylviab@hacanet.org, ronk@hacanet.org, sarah.eckhardt@senate.texas.gov, chrish@hacanet.org, tia.stevens@austintexas.gov, HousingComplaint@twc.state.tx.us, fairhousing@usdoj.gov, fairhousing@hud.gov, board.info@tdhca.state.tx.us

Hello,

I'm reaching out because my family and I are not safe. We continue to live in hazardous and unsanitary conditions under the Housing Authority of the City of Austin (HACA) at Chalmers Courts South–Carlton Living. Two of my neighbors are active drug users, and throughout the day and night, homeless individuals enter and exit the adjacent apartments. They leave behind trash, used needles, and cigarettes, often within reach of the many children who live here. They bang on my door at night, exacerbating my disability, PTSD as a survivor of human trafficking.

The property management company has shown no concern or action to address these ongoing issues. Every safe and accessible housing option I have found that can accommodate my child and my disabilities requires approximately $5,000 to move in, which is beyond our current means. As you may recall, the elevator is frequently out of service, leaving residents in wheelchairs trapped on upper floors, most recently for five consecutive weeks. During these times, my daughter, who has a serious medical condition, is unable to leave our home.

Please stop the ongoing discrimination, ADA violations, and Fair Housing Act violations against my family. I am requesting immediate federal intervention and enforcement to ensure our safety and to uphold our civil rights under the Americans with Disabilities Act and the Fair Housing Act.

Attached is Google Drive footage from today at approximately 10:00 a.m., documenting these conditions. If you would like me to upload additional videos from the past three years, I am prepared to do so, though many of your offices already possess this documentation. These issues are not isolated incidents; they represent a constant and ongoing state of neglect at this property. Management and maintenance have repeatedly failed to act. Recently, there has been an overwhelming presence of urine throughout the premises, including inside the elevator. The security gates provide no protection, as multiple drug dealers, at least three (3) residing in my building, and their associates freely distribute the gate codes to clients and friends, allowing unrestricted access to the property.

I respectfully ask for an immediate intervention and assistance to protect my family and other residents from these ongoing violations.

Footage of ongoing safety hazards at Chalmers South - Google Drive
drive.google.com

Sincerely,

Lauren B. Peña
Paralegal, Section-8 Recipient, Candidate for U.S. Congress CD-37 Texas
1638 E. 2nd Street #401 Austin, Texas 78702
512-318-1700

39