# Exhibit #9- HUD Ongoing Violations Communication

Exhibit 9 (A)

From: Lauren Peña lauren.pena45@gmail.com
Subject: Re: TX001 Austin HA Report Compliant
Date: August 17, 2025 at 5:06 PM
To: Bowman Jr, William William.BowmanJr@hud.gov



Dear William,

Thank you for your time and your work on this matter. I'm writing to provide a clear, organized statement for your investigation. I am willing to testify, live or by affidavit, and I ask that you treat the contents of this email **as seriously as if it were sworn testimony**. I also sincerely apologize for not attaching all my supporting documents at this time, as they are so numerous. If there are **specific documents** you would like, please let me know precisely what to produce and I will supply them promptly. I am extremely busy and under significant constraints, having filled two (2) federal cases and running for United States Congress, but I remain fully committed to cooperating.

Additionally, please note: a **Fair Housing complaint is pending with HUD and a federal suit has been filed**. Although the statute contemplates completion within 100 days, my case has been pending for nearly three years and remains unresolved.

## Summary of Facts

1. **Placement & Disability Accommodation (2020).**
   The City of Austin (COA) placed me into public housing following homelessness and human trafficking. My daughter has a disability requiring accessible housing. Because no accommodating units were available, the Housing Authority of the City of Austin (HACA) issued us a Housing Choice Voucher (HCV/Section 8) and transferred us to another HACA property with an elevator, that elevator has been out frequently, with the longest period being five (5) weeks straight, and is currently out now, despite my state representatives office reaching out demanding them to comply with ADA.

2. **Unserved Eviction & $6,000 Judgment.**
   Roughly six months after our transfer, I received notice from HACA that **Travis County had evicted us from the first unit** and entered a **$6,000 judgment**. We were never served, never appeared in court, and—because HACA approved our transfer—should not have been evicted. HACA warned I would lose my HCV and face homelessness unless I paid immediately.

3. **Pressure to Use Nonprofit Funds.**
   I disputed the judgment as unlawful. HACA directed me to nonprofits for payment rather than correcting the error. Texas Rio Grande Legal Aid (TRLA) represented me for about two years, through HACA's appeal process; HACA still demanded payment. Two organizations ultimately split the $6,000. I opposed this outcome because it effectively ratified an illegal eviction and appears to be systemic.

4. **HUD Fair Housing Complaint.**
   TRLA filed a Fair Housing complaint against HACA. After about a year without resolution, TRLA withdrew. Nearly three years later, HUD has not completed the case.

5. **Pattern Consistent with RICO.**
   Based on what I have experienced and documented and the statements from other victims, COA, HACA, Travis County, and nonprofit partners appear to coordinate in a way that **illegally evicts tenants**, steers them into nonprofit "assistance" that pays contested debts, and cycles federal funds to sustain salaries and programs. I believe this constitutes a fraudulent enterprise under **RICO**.


EXHIBIT 9(b)

6. **SSDI Representation Failures.**
   A county-referred SSDI attorney failed to submit my full medical record; the claim has languished in appeals for years. The attorney later withdrew—mirroring TRLA's withdrawal. This pattern is widespread among disabled and homeless, resulting in prolonged appeals and delayed benefits.

7. **Federal Civil Action to Preserve Rights.**
   To avoid limitations issues, I filed **Peña v. United States Congress**. I requested reasonable accommodations due to disability so I could identify all proper defendants. The government raised immunity; I contend immunity cannot shield ongoing civil-rights violations. A federal official has acknowledged the case "has a lot riding on it."

8. **Separate Class Action.**
   I have also filed a separate action seeking **class certification** against COA and HACA for ongoing civil-rights violations, ADA discrimination, and Fair Housing violations.

9. **Current Conditions.**
   I remain in poverty, under duress, in housing with **black mold**. My daughter's disability needs remain insufficiently accommodated. I am a paralegal fighting these matters pro se because, to date, no attorney has been willing or able to step in.

## Request & Cooperation

- Please **accept this email as my formal statement** and treat it with the same seriousness as sworn testimony.

- If you require a formal notarized affidavit, I will sign and provide it immediately.

- If you need **specific records** (court filings, HACA notices, HUD correspondence, medical documentation, photographs/video of conditions, etc.), please list them and I will furnish them without delay.

- I am available for an interview, deposition, or hearing and will make myself available at your convenience.

Thank you for your attention and for pursuing the truth here. I appreciate your patience and your guidance on which records you would like first.

Respectfully,

Lauren B. Peña
Chalmers South Resident, Complainant
(512) 318-1700
lauren.pena45@gmail.com

**100 day letter from HUD.pdf** 

**Lauren Pena Complaint Report signed.pdf** 

*Exhibit 9(C)* (handwritten)



**From:** Lauren Peña lauren.pena45@gmail.com
**Subject:** Lauren Pena v. Housing Authority of the City of Austin, et al. (HUD Case #06-24-7342-8)
**Date:** November 7, 2025 at 10:35 AM
**To:** Christina.Lewis@hud.gov, hpdadmin@austintexas.gov

Please review my forwarded message as some recipients email instructed me to reach out to you:

> Begin forwarded message:
>
> **From:** Lauren Peña <lauren.pena45@gmail.com>
> **Subject:** Lauren Pena v. Housing Authority of the City of Austin, et al. (HUD Case #06-24-7342-8)
> **Date:** November 7, 2025 at 10:31:53 AM CST
> **To:** "Anderson-Richards, Danita E" <Danita.E.Anderson-Richards@hud.gov>
> **Cc:** SCarpenter@carletonms.com, William.BowmanJr@hud.gov, Danielle.N.Barnes@hud.gov, kathryn.stewart@tdlr.texas.gov, alicia.delrio@house.texas.gov, michaelg@hacanet.org, lulu.flores@house.texas.gov, kirk.watson@austintexas.gov, sylviab@hacanet.org, ronk@hacanet.org, sarah.eckhardt@senate.texas.gov, chrish@hacanet.org, tia.stevens@austintexas.gov, HousingComplaint@twc.state.tx.us, fairhousing@usdoj.gov, fairhousing@hud.gov, board.info@tdhca.state.tx.us
>
> Hello,
>
> I'm reaching out because my family and I are not safe. We continue to live in hazardous and unsanitary conditions under the Housing Authority of the City of Austin (HACA) at Chalmers Courts South–Carlton Living. Two of my neighbors are active drug users, and throughout the day and night, homeless individuals enter and exit the adjacent apartments. They leave behind trash, used needles, and cigarettes, often within reach of the many children who live here. They bang on my door at night, exacerbating my disability, PTSD as a survivor of human trafficking.
>
> The property management company has shown no concern or action to address these ongoing issues. Every safe and accessible housing option I have found that can accommodate my child and my disabilities requires approximately $5,000 to move in, which is beyond our current means. As you may recall, the elevator is frequently out of service, leaving residents in wheelchairs trapped on upper floors, most recently for five consecutive weeks. During these times, my daughter, who has a serious medical condition, is unable to leave our home.
>
> Please stop the ongoing discrimination, ADA violations, and Fair Housing Act violations against my family. I am requesting immediate federal intervention and enforcement to ensure our safety and to uphold our civil rights under the Americans with Disabilities Act and the Fair Housing Act.
>
> Attached is Google Drive footage from today at approximately 10:00 a.m., documenting these conditions. If you would like me to upload additional videos from the past three years, I am prepared to do so, though many of your offices already possess this documentation. These issues are not isolated incidents; they represent a constant and ongoing state of neglect at this property. Management and maintenance have repeatedly failed to act. Recently, there has been an overwhelming presence of urine throughout the premises, including inside the elevator. The security gates provide no protection, as multiple drug dealers, at least three (3) residing in my building, and their associates freely distribute the gate codes to clients and friends, allowing unrestricted access to the property.
>
> I respectfully ask for an immediate intervention and assistance to protect my family and other residents from these ongoing violations.
>
> 
>
> Footage of ongoing safety hazards at Chalmers South - Google Drive
> drive.google.com
>
> Sincerely,
>
> Lauren B. Peña
> Paralegal, Section-8 Recipient, Candidate for U.S. Congress CD-37 Texas
> 1638 E. 2nd Street #401 Austin, Texas 78702
> 512-318-1700