# Exhibit #10- Chalmers Corporate Escalation

44

EXHIBIT 10(A)

**From:** Lauren B. Peña lauren.pena45@gmail.com
**Subject:** Re: Urgent Safety and Health Concerns – Immediate Action Required
**Date:** September 17, 2025 at 7:29 PM
**To:** Sharon Carpenter SCarpenter@carletonms.com

Yes, thank you

Lauren Brielle Peña
512-318-1700
Lauren.pena45@gmail.com

On Sep 17, 2025, at 7:24 PM, Sharon Carpenter <SCarpenter@carletonms.com> wrote:

Tomorrow at 10 AM works for me. Is the number below the best to reach you?

**SHARON CARPENTER**
**Area Vice President, CPM, HCCP**
**Carleton Living**
3301 Airport Freeway, Suite 210
Bedford, Texas 76021
Phone: 817.532.3155 I Direct: 817.835.6196 I Fax: 817.532.3158







The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

**From:** Lauren Peña <lauren.pena45@gmail.com>
**Sent:** Tuesday, September 16, 2025 5:14 PM
**To:** Sharon Carpenter <SCarpenter@carletonms.com>
**Subject:** Re: Urgent Safety and Health Concerns – Immediate Action Required

EXTERNAL EMAIL - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Hello,

I would like to discuss these issues further, I will be available for a phone call tomorrow or Thursday at 10 am.

Thank you,

Lauren B. Peña
Chalmers South 401
512-318-1700

On Sep 16, 2025, at 3:49 PM, Sharon Carpenter <SCarpenter@carletonms.com> wrote:

Good afternoon, Ms. Pena.

Michelle forwarded me the email thread below, and I just wanted to confirm that it has been received. If you'd like to set up a time to discuss your concerns further, please let me know what works best for you.

Looking forward to connecting.

45

Exhibit 10(b)

Thank you.

**SHARON CARPENTER**
Area Vice President, CPM, HCCP
Carleton Living
3301 Airport Freeway, Suite 210
Bedford, Texas 76021
Phone: 817.532.3155 | Direct: 817.835.6196 | Fax: 817.532.3158



≤image001.png≥

≤image002.png≥

≤image003.png≥

≤image004.png≥



The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

---

**From:** Michelle Smith <msmith@carletonms.com>
**Sent:** Monday, September 8, 2025 3:35 PM
**To:** Sharon Carpenter <SCarpenter@carletonms.com>; Ann Gass <anng@hacanet.org>; Ashley Shelite <ashelite@carletonms.com>
**Subject:** Fw: Urgent Safety and Health Concerns – Immediate Action Required

See below.

**MICHELLE SMITH**
General Manager
Pathways at Chalmers
1600 East 3rd Street
Austin, TX 78702
Phone: 737.204.4848 | Fax: 512.201.8802
chalmerscourtswest.com



<image019.gif>

The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

---

**From:** Lauren Peña <lauren.pena45@gmail.com>
**Sent:** Monday, September 8, 2025 3:28 PM
**To:** Michelle Smith <msmith@carletonms.com>; Terry White <twhite@carletonms.com>; Ruby Suarez <RSuarez@carletonms.com>
**Cc:** chrish@hacanet.org <chrish@hacanet.org>; michaelg@hacanet.org <michaelg@hacanet.org>; sylviab@hacanet.org <sylviab@h

46

acanet.org>; ronk@hacanet.org <ronk@hacanet.org>; ken.paxton@oag.texas.gov <ken.paxton@oag.texas.gov>; lulu.flores@house.texas.gov <lulu.flores@house.texas.gov>; sarah.eckhardt@senate.texas.gov <sarah.eckhardt@senate.texas.gov>; kirk.watson@austintexas.gov <kirk.watson@austintexas.gov>; alicia.delrio@house.texas.gov <alicia.delrio@house.texas.gov>
**Subject:** Re: Urgent Safety and Health Concerns – Immediate Action Required

> EXTERNAL EMAIL - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Dear Chalmers/Carlton Living and Housing Authority of the City of Austin,

I acknowledge receipt of your correspondence and I appreciate your offer of "We will provide a satisfactory resident history to any potential landlord, if requested". While I understand you believe there may be a misrepresentation of fact, it is clear you do not fully understand our system of government or the relevant federal law, even after you are provided such information. To be absolutely clear: a Precinct Chair is an elected grassroots official who directly communicates with voters at the most local level of government and may also be elected as the Delegates who vote for who will be placed on the ballot to run as President of the United States, which I was, twice. You may verify my elected status as Precinct 401 Chair in Travis County through the Texas Secretary of State's website.

Your request that I submit a "notice to vacate" in order to facilitate my families accommodation and safety through a removal from this property, when there is no available housing within my district unless my voucher amount is increased; is not only unreasonable but constitutes a clear injustice. Such an action directly interferes with my duties as an elected official and undermines the representation of my constituents.

As a reminder, under federal law, including the Fair Housing Act (42 U.S.C. § 3601 et seq.), the Americans with Disabilities Act (42 U.S.C. § 12101 et seq.), and case law such as City of Edmonds v. Oxford House, Inc., 514 U.S. 725 (1995), and Texas Dept. of Housing v. Inclusive Communities Project, Inc., 576 U.S. 519 (2015), housing providers are required to ensure nondiscriminatory practices, provide reasonable accommodations, and maintain habitable conditions. Continuing to deny these protections will only strengthen the claims already before the U.S. District Court for the Western District of Texas, which you may review on PACER.

I now demand that you, as my property manager, immediately contact the Housing Authority and determine how you intend to relocate my family into the safe housing I am guaranteed under federal law, within the district in which I am already an elected official and an active congressional candidate.

Furthermore, as of today, my campaign has raised thousands of dollars from over 1,176 individual donors in this district and the surrounding area. Forcing me to choose between allowing the continued violation of my children's and my civil rights, or disenfranchising the very voters and donors who have placed their trust in me to fight these injustices at a higher level of government, is unacceptable.

I would also remind you that under both federal and state law, housing authorities are recognized as public bodies corporate and politic, exercising governmental powers and responsibilities. See 42 U.S.C. § 1437 (U.S. Housing Act of 1937) and Tex. Local Gov't Code §§ 392.011–.012. In other words, your organization is not a private landlord, but a political subdivision entrusted with carrying out public and essential governmental functions. For the past five years, I have relentlessly pursued my education, earned multiple degrees, and advanced in party politics, serving the very purpose your organization was designed to uphold. Enough is enough. Stop violating federal law and stop endangering my family.

Let me be clear: I will not back down, and I will not stop fighting. Every continued violation of my rights, and the rights of others in my community, will be documented, escalated, and added to the growing record before the federal courts. I have attached my **FINAL DEMAND NOTICE, that will be certified mailed to the correct recipients.**

Sincerely,

Lauren B. Peña
Paralegal and Founder of Peña Legal Advocacy
Precinct 401 Chair, Travis County
Candidate for U.S. Congress, TX-37
Plaintiff, U.S. District Court – Western District of Texas

**FINAL DEMAND NOTICE**

**To:** Carleton Management Services; Pathways at Chalmers South; Housing Authority of the City of Austin (HACA)
**From:** Lauren B. Peña, Pro Se Litigant; Precinct 401 Chair, Travis County; Candidate for U.S. Congress, TX-37
**Date:** 09/08/2025

**MICHELLE SMITH**
**General Manager**
**Pathways at Chalmers**
1600 East 3rd Street
Austin, TX 78702
Phone: 737.204.4848 | Fax: 512.201.8802
chalmerscourtswest.com
<image021.png>

<image022.png>

<image023.png>

<image024.png>

<image025.jpg>

<image019.gif>

The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

---

**From:** Lauren Peña <lauren.pena45@gmail.com>
**Sent:** Thursday, September 4, 2025 8:06 PM
**To:** Ruby Suarez <RSuarez@carletonms.com>; Michelle Smith <msmith@carletonms.com>; Terry White <twhite@carletonms.com>
**Cc:** Chris Heale <chrish@hacanet.org>; michaelg@hacanet.org <michaelg@hacanet.org>; sylviab@hacanet.org<sylviab@hacanet.org>; ronk@hacanet.org <ronk@hacanet.org>; ken.paxton@oag.texas.gov <ken.paxton@oag.texas.gov>; greg.abbott@gov.texas.gov <greg.abbott@gov.texas.gov>
**Subject:** Urgent Safety and Health Concerns – Immediate Action Required

> EXTERNAL EMAIL - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Chalmers Management,

As mentioned in my correspondence yesterday, I have escalated these matters to state and federal authorities due to your ongoing failure to provide a safe and habitable living environment for my family, as well as the other families on property. However, I was not anticipating to experience two additional incidents today that further highlight the urgency of this situation.

1. Safety Concerns – Homeless Trespassing and Drug Use

Despite my repeated complaints, the property remains unsecured and homeless continue to come in and use drugs, just feet away from children. Today alone, I witnessed three different homeless men loitering outside a unit only two doors down from my door, coming and out of unit 405. The gate at the bottom of the stairs is broken again, and there are 3 drug dealer that I know of, on property. This evening I found drug paraphernalia from a syringe in the hallway, video evidence is attached to this email.

As a survivor of human trafficking with PTSD, these intrusions place me and my children at direct risk. I have reported these issues via email to you multiply times. Your inaction continues to endanger all residents. If adequate management or security staff were present on-site, maybe these situations could be prevented. I again urge you to coordinate with the Housing Authority to relocate my family to a safe unit within our precinct—Travis County Precinct 401, as I am an elected official and cannot leave the district.

2. Habitability Concerns – Infestation and Ineffective Pest Control

The infestation problem persists despite my repeated requests for effective treatment. I asked to be placed on the list for every pest control appointment, yet treatments remain sporadic and ineffective. This has been ongoing for years without meaningful resolution. Today's evidence, attached here, includes active roach infestations.

This is a continuing violation of your duty to provide habitable housing under state and federal law, as well as a failure to comply with accommodation requests previously submitted (3) three years ago, moving another family in despite mine already on property, on the list.

Requested Action:

1.

1. Immediate repair of the broken security gate and reinforcement of property safety measures.

2. Consistent management or security presence on the property within 10 days of this notice.

3. Comprehensive pest control measures, ensuring my household is included on every service visit, with a written out schedule and new pest control provider within 10 days of this notice.

4. Coordination with the Housing Authority of the City of Austin (HACA) to relocate my family immediately, given your repeated failure to ensure our safety and habitability, with a written plan within 10 days of this notice.

My caseworker Chris Heale has been copied on this communication. I have extensive documentation of these failures and will continue to submit evidence to state and federal authorities overseeing housing rights and ADA compliance. I expect between HACA and Chalmers to have a plan of action to be provided to me within 10 days of this receipt of this email.

Respectfully,

Lauren B. Peña
(512) 318-1700
Paralegal
Travis County Precinct 401, Chair
Candidate for United States Congress, CD37

P.S. This evidence is just from today, I have much, much more. My children and I deserve a safe place to live and Carlton Living, the property management company, should not be in contract with the City of Austin. Please, do not open Rosewood or Santa Rita with these people, the families deserve better!

I encourage you to look at my website to see all of the hard work I am doing for this community, despite my civil rights being violated, and me working under constant mental duress, unable to sleep at night due to homeless banging on the doors at all hours. If you want to know more, a handful of my Texas Senate and House of Representatives testimony can be found at. www.lauren4congress.com

On Sep 3, 2025, at 9:21 PM, Lauren Peña <lauren.pena45@gmail.com> wrote:

Good Evening,

Thank you for the update confirming that my reasonable accommodation is approved and that I am on the waitlist for the next available first-floor 4-bedroom unit at Pathways at Chalmers Courts South, due to the elevator in frequent non-working conditions.

For the record, I first submitted my original accommodation request in 2022 and the 4-bedroom on the first floor has been leased to other families twice during that time. I subsequently emailed Terry White to put management on notice that leasing a qualifying unit to another household while my accommodation remained outstanding could implicate federal fair-housing obligations, and since the apartment was available my family would, by law, need to be offered the apartment before it was leased to another family. I saw Terry show the available apartment to another family approximately two weeks ago, which was approximately two weeks after you all received the requested medical documentation from my doctor, which you did not request until last month, even though I have been on the waitlist for 3 years. I have escalated this matter to the appropriate federal authorities.

Regarding the request to add my son to the household: we already appeared in person and provided the items requested: his government ID, Social Security card, and birth certificate (a month ago, while the apartment was still available). He was recently laid off and currently has no income. We were told additional payments would be required, which we are unable to pay.

To ensure compliance and move this forward promptly, please confirm the following:

1. Fees and Conditions- That no fees, surcharges, or special conditions will be imposed as a condition of processing or implementing my reasonable accommodation or adding a zero-income adult household member, consistent with HUD/DOJ guidance.
2. Zero-Income Documentation- Acceptance of my son's self-certification of zero income (or the PHA's standard zero-income statement), and confirmation of any routine recertification interval you require.

49