## Appendix of Exhibits

**Notice Regarding Exhibit Numbering:**
The exhibit numbers in this Appendix correspond to the exhibit numbering used in Plaintiff's Civil Rights Complaint. Accordingly, the exhibits are not presented in numerical order in this Appendix to maintain consistency across filings.

| | |
|---|---|
| Exhibit # 1 (a) March 18, 2024 | U.S. Housing and Urban Development- Housing Discrimination Complaint |
| Exhibit # 2 January 5, 2025 | Texas Department of Licensing and Regulation |
| Exhibit # 8 (a)- November 19, 2025 | Notice of Security Failures to all Parties |
| Exhibit # 6 (c) August 18, 2025 | Email Confirmation of Multiple ADA Requests |
| Exhibit # 7 (a) August 22, 2024 | Safety Notice/ADA non-compliance complaint |
| Exhibit # 3 (a) January 15, 2026 | Leese Non-renewal |