Exhibit #1(a)

| |
|---|
| 100 day letter from HUD.pdf |

| |
|---|
| Lauren Pena Complaint Report signed.pdf |



U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
Fort Worth Regional Office, Region VI
Office of Fair Housing & Equal Opportunity (6AE)
307 W. 7th Street, Suite 1000
Fort Worth, TX 76102
Phone 1-888-560-8913 - Fax (202) 485-9115
www.hud.gov

March 18, 2024

Lauren Pena
c/o Kelli Howard, Attorney at Law
Texas RioGrande Legal Aid, Inc.
4920 N IH-35
Austin, TX 78751

Dear Lauren Pena:

SUBJECT:  Housing Discrimination Complaint

Enclosed is a copy of your fair housing discrimination complaint for your signature. Please return it to this office to finalize the filing of your housing discrimination complaint. Please review, sign and date the Housing Discrimination Complaint form and return it to this office no later than **March 28, 2024**, or you can fax the signed document to us at (817) 978-5876.

**If you wish to make any corrections to paragraph eight (8) (allegations) please contact us and we will make the necessary changes. Please do not write any comments on the form.** Please be advised that paragraph eight (8) is a brief synopsis of your allegations, the Investigator assigned to your case will go into further detail of your allegations during the investigative process.

If this office does not receive your complaint back within the requested timeframe, it will be administratively closed. If your complaint is administratively closed it can be reopened. By law you have **one (1) year** from the date of the alleged discrimination to pursue the filing of a fair housing complaint.

If you have any questions, please do not hesitate to contact **Nekesha Phoenix at 210-208-5111 or 1-888-560-8913**. If you are hearing impaired, you may call 1-800-735-2989.

Sincerely,

*Nekesha Phoenix, for*

Calvin M. Hooper
Intake Branch Chief, Region VI

Preliminary Injunction Page 5

9