Exhibit 3(A)

# ADVANCE NOTICE OF LEASE TERMINATION AT END OF LEASE TERM OR RENEWAL PERIOD

Date: 1/15/26

Names of all residents:
Lauren Pena
Arielle Pena
Gabrielle Pena
Isabella Moran
Oscar Pena and all other Occupants

Street address and dwelling unit number (if applicable):
4638 East 2ND Street #401

City, state, Zip:
Austin, TX 78702

Date notice was given by the resident checked below:
1/15/26

Re: Notice to vacate at end of lease term or renewal period

TAA Lease Contract signed __1/14/25__

between residents named above, and __Pathways at Chalmers Court South__ (owner)

Dear Resident(s):

Your current TAA Lease Contract ends on __1/31/2026__. We do not want your lease term to automatically renew month-to-month. According to the advance notice provision of your lease, we are writing this letter to give you sufficient notice that your lease will not automatically renew. We request that you move out and return possession of your dwelling unit to us on __3/31/2026__. Please consider this letter as lawful notice to vacate on that date.

__Michelle Smith__
Signature of owner's representative

The notice was: (check at least one)

☐ hand delivered to any one of the residents named above;

☐ hand delivered to any person 16 or older residing in the dwelling;

☐ posted on the inside of the dwelling's main entry door (not the screen door)

☒ delivered as follows: __via email__

☐ sent by first class mail;
☐ sent by certified mail.
☐ return receipt requested; or
☐ sent by registered mail.

Priliminary Injunction page 10