Exhibit 6 (c)



The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

**From:** Michelle Smith <msmith@carletonms.com>
**Sent:** Monday, August 18, 2025 9:58 AM
**To:** Lauren B. Peña <lauren.pena45@gmail.com>; Chris Heale <chrish@hacanet.org>; alicia.delrio@house.texas.gov; William Bowman Jr <William.BowmanJr@hud.gov>
**Cc:** Terry White <twhite@carletonms.com>; Ruby Suarez <RSuarez@carletonms.com>
**Subject:** Re: <External Message> Elevator is Broken Again

Good Morning Ms Pena,

Terry will reach out to you directly regarding your most recent reasonable accommodation request on 8/08/25 as we discussed. I hope you have a great Monday!

Thanks,

**MICHELLE SMITH**
**General Manager**
**Pathways at Chalmers**
1600 East 3rd Street
Austin, TX 78702
Phone: 737.204.4848 | Fax: 512.201.8802
chalmerscourtswest.com
<image001.png>

<image002.png>

<image003.png>

<image004.png>

<image005.jpg>

Preliminary Injunction Page 8
28