**From:** Lauren Peña lauren.pena45@gmail.com
**Subject:** *Urgent* Request for Accommodation
**Date:** August 22, 2024 at 12:43 PM
**To:** Arthur Troilo arthur@troilolawfirm.com, Chris Heale chrish@hacanet.org
**Bcc:** cheyanne.atchley@gmail.com, lauren.pena45@gmail.com, oscarjpena111@pm.me

Hello,

I hope this message finds you well. I am writing to formally address a serious issue concerning the living conditions at Chalmers South, which has become increasingly hazardous for my family and other residents, particularly the elderly and disabled individuals in the community.

For the past three weeks, the elevator in our building has been out of service. As a resident with asthma living on the 4th floor—equivalent to 8 flights of stairs—this situation has significantly impacted my ability to manage daily activities, including feeding my children. The excessive heat, which has consistently been over 100 degrees outside, exacerbates the challenges posed by the non-functional elevator.

Of particular concern is the well-being of my daughter, who suffers from rheumatoid arthritis and has been unable to leave our apartment for the entire duration of this outage. As a mother homeschooling four children, the situation has made it incredibly difficult to maintain a regular grocery routine. I now find myself purchasing food on a daily basis instead of our usual bi-weekly trips, resulting in an increased financial burden and additional health concerns for my family.

Moreover, I was informed two years ago that I was at the top of the list for a 4-bedroom unit on the first floor of the new building, a request I have reiterated multiple times, including an application submitted over a month ago. Despite being advised that a 4-bedroom unit on the first floor at Chalmers West was available, I have yet to receive any communication or updates on this matter.

I would like to emphasize the broader impact of this situation on the community, particularly the elderly and disabled residents who reside on the second, third, and fourth floors. Many of them are currently unable to obtain food or safely leave their apartments.

Given the urgency and the potential health risks involved, I respectfully request immediate action to address the elevator issue and to expedite my transfer to a first-floor unit as previously discussed. I trust that you understand the gravity of the situation and will prioritize these concerns accordingly.

Thank you for your prompt attention to this matter. I look forward to your swift response.

Sincerely,