**Exhibit 8 (A)**

**From:** Lauren Peña lauren.pena45@gmail.com
**Subject:** Notice of Security Failures and Ongoing Criminal Activity
**Date:** November 19, 2025 at 11:08 AM
**To:** Michelle Smith msmith@carletonms.com
**Bcc:** Chris Heale chrish@hacanet.org, michaelg@hacanet.org, SCarpenter@carletonms.com, William.BowmanJr@hud.gov, Danielle.N.Barnes@hud.gov, kathryn.stewart@tdlr.texas.gov, alicia.delrio@house.texas.gov, michaelg@hacanet.org, lulu.flores@house.texas.gov, kirk.watson@austintexas.gov, sylviab@hacanet.org, ronk@hacanet.org, sarah.eckhardt@senate.texas.gov, chrish@hacanet.org, tia.stevens@austintexas.gov, HousingComplaint@twc.state.tx.us, fairhousing@usdoj.gov, fairhousing@hud.gov, board.info@tdhca.state.tx.us

Michelle,

This morning I had multiple homeless individuals knocking on my door seeking drugs. This is directly connected to the ongoing criminal activity involving my neighbors in units 405 and 407, who are selling and using drugs with these individuals. The situation has deteriorated to the point that the resident in 405 was passed out in the hallway in front of the unit at 5 p.m. yesterday. My children should not have to witness this.

Additionally, over the past month, the fire alarms have gone off around 3 a.m. These were false alarms. During the most recent incident on Sunday night, I personally observed a homeless individual running out of the closet in the hallway and then off the property during the alarm. That electrical room, located across from unit 403 and containing the internet and communications wiring, has been broken into repeatedly and homeless individuals are sleeping there at night.

This is an extremely difficult situation for me and my family. We are seeking the safe and habitable housing that the law guarantees, but there is nowhere else for us to move at this time. We are essentially trapped in an unhealthy and unsafe living environment with no reasonable alternative.

I am requesting immediate action. The gates remain broken, and the lack of security is creating a dangerous environment for my family. I homeschool my children due to our disabilities, and this constant criminal activity directly affects our safety and well-being.

As a Section 8 recipient with documented disabilities, these conditions violate my rights under the Fair Housing Act (42 U.S.C. 3604(f)), Section 504 of the Rehabilitation Act (29 U.S.C. 794), and the ADA. These laws require federally funded housing providers to maintain safe, habitable conditions and to take reasonable steps to ensure tenants with disabilities are not exposed to discriminatory or dangerous environments.

Please repair the gates, secure the building, and take prompt action to stop the drug activity and unauthorized entry occurring within the property.

Thank you,

Lauren B. Peña
Chalmers South 401, Section-8 Recipient
Lauren.pena45@gmail.com