# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **LAUREN B. PENA, individually and on behalf of her minor child,** § § § | | |
| Plaintiff, § | | |
| § | | |
| v. § | A-26-CV-132-RP-ML | |
| § | | |
| **PATHWAYS AT CHALMERS SOUTH, CARLETON LIVING/CARLETON MANAGEMENT SERVICES, MICHELLE SMITH, SHARON CARPENTER, HOUSING AUTHORITY OF THE CITY OF AUSTIN, and CHRIS HEALE,** § § § § § § § § | | |
| Defendants. § | | |

## ORDER ON *IN FORMA PAUPERIS* STATUS

Before the court is Plaintiff's Motion to Proceed *In Forma Pauperis* (Dkt. 2).[1] The undersigned has reviewed Plaintiff's financial affidavit and determined that Plaintiff is indigent and should be granted leave to proceed *in forma pauperis*, without prepayment of fees.

Accordingly, the undersigned hereby **GRANTS** Plaintiff's request. The Clerk of the Court shall file Plaintiff's Complaint without prepayment of fees or costs or giving security therefor pursuant to 28 U.S.C. § 1915(a). This indigent status is granted subject to a later determination the action should be dismissed if the allegation of poverty is untrue or the action is found frivolous or malicious pursuant to 28 U.S.C. § 1915(e). Plaintiff is further advised, although she has been granted leave to proceed *in forma pauperis*, a court may, in its discretion, impose costs of court at

---

[1] "Any case in which application to proceed in forma pauperis has been made, other than a case described in paragraph (1) above, shall be referred to a United States Magistrate Judge for the Austin Division for disposition of the application to proceed in forma pauperis, disposition of any motion for appointment of counsel, and for a prompt recommendation as to whether the case should be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e). Upon completion of the above tasks, the Magistrate Judge shall return the case to the district court for further proceedings." Dkt. 5 (Judge Pitman Standing Order, Jan. 19, 2024).

the conclusion of this lawsuit, as in other cases. *See Moore v. McDonald*, 30 F.3d 616, 621 (5th Cir. 1994).

The undersigned **FURTHER ORDERS** the Clerk of the Court shall issue summons and the United States Marshal is ordered to commence service of process, including service of Plaintiff's Complaint upon named defendants under Rules 4 and 5 of the Federal Rules of Civil Procedure.

The referral of this case to the Magistrate Judge should now be **CANCELED**.

SIGNED January 21, 2026.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE