UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

LAUREN B. PENA, individually and on behalf of her minor child, §§§§

Plaintiff, §§

v. § Civil Action No. 1:26-cv-00132-RP

PATHWAYS AT CHALMERS SOUTH, CARLETON LIVING / CARLETON MANAGEMENT SERIVCES, MICHELLE SMITH, in her individual and official capacity, SHARON CARPENTER, in her individual and official capacity, HOUSING AUTHORITY OF THE CITY OF AUSTIN (HACA), and CHRIS HEALE, in his individual and official capacity,

Defendants.

## PLAINTIFF'S NOTICE OF RETALIATORY ACTS BY DEFENDANTS

Plaintiff Lauren B. Peña respectfully files this Notice to inform the Court of additional adverse actions taken by Defendants after Plaintiff engaged in protected activity and after the filing and service of this federal civil rights action.

This Notice is submitted to supplement the record regarding ongoing conduct relevant to Plaintiff's retaliation claims and pending motions.

## I. BACKGROUND

1. Plaintiff engaged in protected activity under the Fair Housing Act, the Americans with Disabilities Act, and Texas Property Code § 92.331 by submitting written safety complaints, requesting disability-related accommodations, and reporting property conditions to regulatory authorities, including the Texas Department of Licensing and Regulation (TDLR) and the U.S. Department of Housing and Urban Development (HUD).

1

2. In December 2025, TDLR inspected the property following Plaintiff's complaints, found cause, and referred the matter for enforcement action.

3. On January 15, 2026, Defendants issued a Notice of Lease Non-Renewal despite having previously issued a 12-month Lease Renewal Offer dated November 3, 2025.

4. Defendants were subsequently served with Plaintiff's federal civil rights lawsuit by the United States Marshals Service.

## II. JANUARY 27, 2026 FIRE ALARM INSPECTION

5. On January 27, 2026, Defendants issued an inspection notice requesting entry to test fire alarms.

6. During Plaintiff's prior years of tenancy, comparable fire alarm inspections had not been conducted in this manner.

7. The January 27 inspection occurred shortly after Plaintiff's protected complaints and the December 2025 enforcement referral.

## III. FEBRUARY 27, 2026 PATIO INSPECTION AND MARCH 2, 2026 LEASE VIOLATION

8. Defendants issued an inspection notice on February 27, 2026 concerning patio access scheduled for March 2, 2026.

9. On March 2, 2026, Plaintiff received a lease violation alleging failure to permit entry for the March 2, 2026 inspection.

10. Although the second patio inspection activity is referenced as occurring March 2, 2026, the lease violation is dated February 27, previous to the inspection date.

11. Plaintiff is informed and believes that patios of similarly situated tenants were not inspected during this same time period.

12. The March 2, 2026 lease violation occurred after Defendants were formally served with Plaintiff's federal civil rights lawsuit by the United States Marshals Service.

## IV. LEGAL SIGNIFICANCE

13. The Fair Housing Act prohibits retaliation against a tenant for exercising rights protected under federal housing law. 42 U.S.C. § 3617.

14. The Americans with Disabilities Act prohibits retaliation for asserting disability-related rights. 42 U.S.C. § 12203.

15. Texas Property Code § 92.331 prohibits a landlord from retaliating against a tenant for complaining about health or safety conditions.

16. The sequence of protected complaints, regulatory enforcement referral, non-renewal, initiation of new inspection activity, selective patio inspection, and subsequent lease violation constitutes additional adverse conduct relevant to Plaintiff's retaliation claims.

## V. PURPOSE OF THIS NOTICE

17. Plaintiff submits this Notice to inform the Court of ongoing adverse actions and to preserve the record regarding continued retaliatory conduct during the pendency of this litigation.

18. Plaintiff submits this Notice for the Court's consideration in connection with pending motions and ongoing proceedings.

Respectfully submitted,

Lauren B. Peña
512-318-1700
lauren.pena45@gmail.com
1638 E. 2nd Street #401
Austin, TX 78702