# SWORN DECLARATION OF LAUREN B. PEÑA

I, Lauren B. Peña, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Plaintiff in this action and have personal knowledge of the facts stated herein.
2. I received an inspection notice dated January 27, 2026 requesting entry to test fire alarms.
3. During my prior years of tenancy at the property, comparable fire alarm inspection procedures had not been conducted in this manner.
4. I received an inspection notice dated February 27, 2026 for an inspection on March 2, 2026, concerning patio access.
5. On March 2, 2026, I received a lease violation dated February 27, 2026 alleging that I failed to permit entry for the March 2, 2026 inspection.
6. To my knowledge, patios of similarly situated tenants were not inspected during this same period.
7. The March 2, 2026 lease violation occurred after Defendants were formally served with my federal civil rights lawsuit by the United States Marshals Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3 day of March, 2026, in Austin, Texas.

_____
Lauren B. Peña